Rel: June 13, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0578

Michael N. Hill and Vera J. Hill v. NSCM 2018-4 REO, LLC (Appeal from
Jefferson Circuit Court: CV-20-903141).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and McCool, JJ., concur.